No. 72–6061. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6063. PEREZ-VALLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6065. CROWDER v. HARRIS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 72–6077. ALBERTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–6078. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–6085. DAVENPORT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6087. HENDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–6088. GIARDINA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6089. VON ATZINGEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6105. FIELDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6184. TORRES ET AL. v. NEW YORK CITY TRANSIT AUTHORITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–6204. LE BRUN v. CUPP, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 72–6214. COX v. WOLFF, WARDEN. C. A. 8th Cir. Certiorari denied.